*W. E. Wooten, solicitor-general,* and *J. H. Tipton,* contra.

---

## DUNHAM *v.* THE STATE.

LUMPKIN, J. The verdict in this case was not without evidence to support it; and the presiding judge having approved the finding, and no error of law having been committed, this court will not reverse his judgment. *Judgment affirmed. All the Justices concur.*

Submitted December 18, 1905.—Decided January 12, 1906.

Accusation of cruelty to animal. Before Judge Norwood. City court of Savannah. October 20, 1905.

*Hitch & Denmark,* for plaintiff in error.

*W. W. Osborne, solicitor-general,* contra.